UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-CR-252 (WMW/HB)

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | DEFENDANT'S MOTION TO SEAL DOCUMENT |
| v. | |
| DEL COREY CRANDELL, | |
| Defendant. | |

_____

Defendant Del Corey Crandall, through undersigned counsel, respectfully moves the Court under Local Rule 49.1 (d) for an Order sealing the Defendant's Exhibit at Docket Number 89 being filed today in association with his motion to reconsider his pretrial detention.

This motion is based upon the records and proceedings in this matter.

Dated: February 8, 2021          Respectfully Submitted,

*/s/ Michael C. Hager*
Michael C. Hager, MN Atty # 172662
1150 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN  55415-1032
(612) 677-8344